IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------
UNITED STATES OF AMERICA :
: CASE NO. 1:12 CR 396
        Plaintiff :
:
    -vs- :
:
RAYMOND A. WILLIAMS : ORDER ACCEPTING PLEA AND
: JUDGMENT
        Defendant :
:
------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh regarding the change of plea hearing of Raymond A. Williams which was referred to the Magistrate Judge with the consent of the parties.

On 23 August 2012, the government filed a three-count indictment against Raymond A. Williams for theft of government funds in violation of 18 U.S.C. § 641, and false statements in violation of 18 U.S.C. § 1001. On 13 September 2012, a hearing was held in which Raymond A. Williams entered a plea of not guilty before Magistrate Judge Greg White. On 12 June 2013, Magistrate Judge McHargh received Raymond A. Williams's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Raymond A. Williams is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is approved.

Therefore, Raymond A. Williams is adjudged guilty of Counts One and Three in violation of 18 U.S.C. §§ 641 and 1001.

IT IS SO ORDERED.

Dated: 6/18/2013

_____
UNITED STATES DISTRICT JUDGE